J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF COURT DEADLINES**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 11-2, Plaintiff Nevada Restaurant Services, Inc. ("Plaintiff"), and Defendants Factory Mutual Insurance Company ("Factory Mutual"), Affiliated FM Insurance Company ("Affiliated FM"), Jefferey Zebarth ("Zebarth") and Patrick Langin ("Langin") (collectively referred to as "Defendants"), by and through their counsel of record, hereby respectfully

1

request that the Court permit removal of Brian S. Kabateck, Esq. from the Caption and extend the deadline to file Verified Petitions and Designations of Local Counsel from July 26, 2022 to August 25, 2022.

1. On May 31, 2022, Plaintiff filed a complaint in the Eighth Judicial District Court for breach of contract, contractual breach of implied covenant of good faith and fair dealing, and tortious breach of implied covenant of good faith and fair dealing against Factory Mutual and Affiliated FM. Plaintiff also alleged negligent misrepresentation against Defendants Zebarth and Langin.

2. Plaintiff's Complaint inadvertently included Brian Kabateck, Esq. on the caption. Mr. Kabateck is not making an appearance in this matter at this time, whether it be in State Court or Federal Court.

3. On July 11, 2022, Defendants Factory Mutual and Affiliated FM filed a petition for removal of the matter from the Eighth Judicial District Court for Clark County, Nevada, to the United States District Court for the District of Nevada.

4. On that same day, this Court ordered that Brian S. Kabateck, Shant A. Karnikian, Gary C. Partamian, Amy M. Churan and Christina M. Lincoln comply with completion and filing of the Verified Petition and Designation of Local Counsel ("Verified Petition") by July 26, 2022.

5. Plaintiff's counsel did not receive notice of the above-mentioned July 11, 2022 order until July 21, 2022, which does not afford them sufficient time to prepare their Verified Petitions and obtain all necessary documents.

6. Based on the foregoing, the parties hereby agree to:
   a. Remove Brian Kabateck from the pleadings as he does not intend to appear in this matter;
   b. Extend the deadline for non-local counsel to file their Verified Petitions from July 26, 2022 to August 25, 2022, as they require more time to prepare their Verified Petitions and obtain all necessary documents.

| | | |
|---|---|---|
| 1 | DATED this 22nd day of July, 2022. | DATED this 22nd day of July, 2022. |
| 2 | KEMP JONES, LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |

    */s/ J. Randall Jones*                      */s/ Howard J. Russell*

J. Randall Jones, Esq. (Bar # 1927)  
Mona Kaveh, Esq. (Bar # 11825)  
Madison S. Florance, Esq. (Bar # 14229)  
3800 Howard Hughes Parkway, 17th Floor  
Las Vegas, Nevada 89169  

Howard J. Russell, Esq. (Bar # 8879)  
Ryan R. Gormley, Esq. (Bar # 13494)  
6385 South Rainbow Blvd., Suite 400  
Las Vegas, Nevada 89118  

*Attorneys for Defendants*

KABATECK, LLP  
Shant Karnikian, Esq. (*Pro Hac Vice Pending*)  
Gary Partamian, Esq. (*Pro Hac Vice Pending*)  
633 West Fifth Street, Suite 3200  
Los Angeles, California 90071  

*Attorneys for Nevada Restaurant Services, Inc.*

# EXHIBIT A

Proposed Order

J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF COURT DEADLINES**<br><br>**(First Request)** |

1 | **[PROPOSED] ORDER**

Based on the parties' stipulation, it is hereby ordered that Brian S. Kabateck's name is deemed withdrawn from the docket as counsel of record for Plaintiff, and the deadline for Shant A. Karnikian and Gary C. Partamian to file their verified Petition and designation of Local Counsel is continued for thirty (30) days from July 26, 2022, to August 25, 2022.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of July, 2022.