```
J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Nevada Restaurant Services, Inc. ("Plaintiff"), and Defendants Factory Mutual Insurance Company ("Factory Mutual"), Affiliated FM Insurance Company ("Affiliated FM"), Jefferey Zebarth ("Zebarth") and Patrick Langin ("Langin") (collectively referred to as "Defendants"), by and through their counsel of record, hereby request that

1

JOINT STIPULATION

the Court extend the deadline for Plaintiff to oppose Defendants Factory Mutual's, Langin's and Zebarth's Motions to Dismiss filed on July 18, 2022. ECF Nos. 8-10. The parties stipulate and agree as follows:

1. On May 31, 2022, Plaintiff filed a complaint in the Eighth Judicial District Court for breach of contract, contractual breach of implied covenant of good faith and fair dealing, and tortious breach of implied covenant of good faith and fair dealing against Factory Mutual and Affiliated FM. Plaintiff also alleged negligent misrepresentation against Defendants Zebarth and Langin.

2. On July 11, 2022, Defendants Affiliated FM and Factory Mutual filed a petition for removal of the matter from the Eighth Judicial District Court for Clark County, Nevada, to the United States District Court for the District of Nevada.

3. On July 18, 2022, Defendant Factory Mutual filed a motion to dismiss Plaintiff's causes of action for breach of contract, contractual breach of implied covenant of good faith and fair dealing and tortious breach of implied covenant of good faith and fair dealing. Additionally, Defendants Langin and Zebarth filed motions to dismiss Plaintiff's cause of action for negligent misrepresentation.

4. The deadline to file Plaintiff's Oppositions to Defendants' Motions to Dismiss is August 1, 2022.

5. Plaintiff's counsel did not receive notice of the above-mentioned motions to dismiss until July 21, 2022, through no fault of the Court, which does not provide sufficient time to prepare Plaintiff's Oppositions to the aforementioned motions.

6. Based on the foregoing, the parties hereby agree to:
   a. Extend the deadline for Plaintiff to file its oppositions to Defendants Factory Mutual's, Langin's and Zebarth's motions to dismiss (ECF Nos. 8-10) from August 1, 2022 to August 15, 2022, as Plaintiff requires more time to prepare its oppositions.
   b. Defendants' reply briefs will be due within 14 days of Plaintiff's opposition briefs.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 22, 2022 | KEMP JONES, LLP |
| 3 | | |
| 4 | | /s/ J. Randall Jones |
| | | J. Randall Jones, Esq. (Bar # 1927) |
| 5 | | Mona Kaveh, Esq. (Bar # 11825) |
| | | Madison S. Florance, Esq. (Bar # 14229) |
| 6 | | 3800 Howard Hughes Parkway, 17th Floor |
| | | Las Vegas, Nevada 89169 |
| 7 | | |
| 8 | | KABATECK, LLP |
| | | Shant Karnikian, Esq. (*Pro Hac Vice Pending*) |
| 9 | | Gary Partamian, Esq. (*Pro Hac Vice Pending*) |
| | | 633 West Fifth Street, Suite 3200 |
| 10 | | Los Angeles, California 90071 |
| 11 | | *Attorneys for Nevada Restaurant Services, Inc.* |
| 12 | DATED: July 22, 2022 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| 13 | | |
| 14 | | /s/ Christina M. Lincoln |
| | | Howard J. Russell, Esq. (Bar # 8879) |
| 15 | | Ryan R. Gormley, Esq. (Bar # 13494) |
| | | 6385 South Rainbow Blvd., Suite 400 |
| 16 | | Las Vegas, Nevada 89118 |
| 17 | | |
| 18 | | Amy Churan (*Pro Hac Vice*) |
| | | Christina M. Lincoln (*Pro Hac Vice*) |
| 19 | | ROBINS KAPLAN LLP |
| | | 2049 Century Park East, Suite 3400 |
| 20 | | Los Angeles, CA 90067-3208 |
| 21 | | *Attorneys for Defendants* |

# EXHIBIT A

Proposed Order

J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(First Request)** |

**[PROPOSED] ORDER**

Based on the parties' stipulation, it is hereby ordered that Plaintiff's deadline for filing oppositions to Defendants Factory Mutual Insurance Company's, Patrick Langin's and Jeffrey Zebarth's Motions to Dismiss is extended from August 1, 2022 to August 15, 2022 and Defendants Factory Mutual Insurance Company, Patrick Langin and Jeffrey Zebarth will file their replies within 14 days of Plaintiff filing its opposition briefs.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2022.