J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

*Attorneys for Plaintiff Nevada Restaurant Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Nevada Restaurant Services, Inc. ("Plaintiff"), and Defendants Factory Mutual Insurance Company ("Factory Mutual"), Affiliated FM Insurance Company ("Affiliated FM"), Jefferey Zebarth ("Zebarth") and Patrick Langin ("Langin")

1

JOINT STIPULATION

(collectively referred to as "Defendants"), by and through their counsel of record, hereby request that the Court extend the deadline for Plaintiff to oppose Defendants Factory Mutual's Motion to Dismiss filed on July 18, 2022. ECF No. 8. The parties stipulate and agree as follows:

1. On May 31, 2022, Plaintiff filed a complaint in the Eighth Judicial District Court for breach of contract, contractual breach of implied covenant of good faith and fair dealing, and tortious breach of implied covenant of good faith and fair dealing against Factory Mutual and Affiliated FM. Plaintiff also alleged negligent misrepresentation against Defendants Zebarth and Langin. ECF No. 1-1.

2. On July 11, 2022, Defendants Affiliated FM and Factory Mutual filed a petition for removal of the matter from the Eighth Judicial District Court for Clark County, Nevada, to the United States District Court for the District of Nevada. ECF No. 1.

3. On July 18, 2022, Defendant Factory Mutual filed a motion to dismiss Plaintiff's causes of action for breach of contract, contractual breach of implied covenant of good faith and fair dealing and tortious breach of implied covenant of good faith and fair dealing. ECF No. 8. Additionally, Defendants Langin and Zebarth filed motions to dismiss Plaintiff's cause of action for negligent misrepresentation. ECF Nos. 9-10.

4. The original deadline to file Plaintiff's Oppositions to Defendants' Motions to Dismiss was August 1, 2022.

5. The deadline to file Plaintiff's Oppositions to Defendants' Motions to Dismiss was continued to August 15, 2022, per the agreement of the parties and the Order of this Court. *See* ECF No. 20.

6. Plaintiff and Defendant Factory Mutual have been diligently working together to reach an agreement regarding the dismissal of Defendant Factory Mutual as a party in this matter; however, although close, no final agreement has been reached at this time.

7. Based on the foregoing, and in an effort to preserve judicial resources, the parties hereby agree to:

    a. Extend the deadline for Plaintiff to file its opposition to Defendant Factory Mutual's Motion to Dismiss (ECF No. 8), should it be necessary, from August 15,

2022, to August 19, 2022, as the parties require more time to finalize agreeable terms regarding the dismissal of Defendant Factory Mutual from this matter; and

b. Defendant Factory Mutual Insurance Company's reply brief, should it be necessary, will be due within 14 days of Plaintiff's opposition brief, which is September 2, 2022.

DATED: August 15, 2022

/s/ J. Randall Jones
J. Randall Jones, Esq. (Bar # 1927)
Mona Kaveh, Esq. (Bar # 11825)
Madison S. Florance, Esq. (Bar # 14229)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Shant Karnikian, Esq. (*Pro Hac Vice Pending*)
Gary Partamian, Esq. (*Pro Hac Vice Pending*)
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071

*Attorneys for Plaintiff Nevada Restaurant Services, Inc.*

DATED: August 15, 2022

*Christina M. Lincoln*
Howard J. Russell, Esq. (Bar # 8879)
Ryan R. Gormley, Esq. (Bar # 13494)
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Amy Churan, Esq. (*Pro Hac Vice*)
Christina M. Lincoln, Esq. (*Pro Hac Vice*)
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

*Attorneys for Defendants*

J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
 sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

*Attorneys for Plaintiff Nevada Restaurant Services, Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X, <br><br> Defendants. | Case No.: 2:22-cv-01104-RFB-VCF <br><br> **[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS** <br><br> **(Second Request)** |

**[PROPOSED] ORDER**

Based on the parties' stipulation, it is hereby ordered that Plaintiff's deadline for filing its Opposition to Defendant Factory Mutual Insurance Company's Motion to Dismiss, if necessary, is extended from August 15, 2022 to August 19, 2022, and Defendant Factory Mutual Insurance Company will file its Reply, if necessary, within 14 days of Plaintiff filing its Opposition.

**IT IS SO ORDERED**:

_____
 RICHARD F. BOULWARE, II
 UNITED STATES DISTRICT JUDGE

DATED: August 16, 2022