J. Randall Jones, Esq. (Bar #1927)
r.jones@kempjones.com
Mona Kaveh, Esq. (Bar # 11825)
m.kaveh@kempjones.com
Madison S. Florance, Esq. (Bar #14229)
m.florance@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001

Shant Karnikian (*Pro Hac Vice Pending*)
sk@kbklawyers.com
Gary Partamian (*Pro Hac Vice Pending*)
gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010

*Attorneys for Plaintiff Nevada Restaurant Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No.: 2:22-cv-01104-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT FACTORY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE** |

Pursuant to Local Rule 7-1, Plaintiff Nevada Restaurant Services, Inc. ("Plaintiff"), and Defendants Factory Mutual Insurance Company ("Factory Mutual"), Affiliated FM Insurance Company ("Affiliated FM"), Jeffrey Zebarth ("Zebarth") and Patrick Langin ("Langin")

(collectively referred to herein as "Defendants"), by and through their counsel of record, hereby request that the Court dismiss Defendant Factory Mutual from this action, without prejudice. The parties stipulate and agree as follows:

1. On May 31, 2022, Plaintiff filed a complaint in the Eighth Judicial District Court, Clark County, Nevada, for breach of contract, contractual breach of implied covenant of good faith and fair dealing, and tortious breach of implied covenant of good faith and fair dealing against Factory Mutual and Affiliated FM. Plaintiff also alleged negligent misrepresentation against Defendants Zebarth and Langin. ECF No. 1-1.

2. On July 11, 2022, Defendants Affiliated FM and Factory Mutual filed a petition for removal of the matter from the Eighth Judicial District Court, Clark County, Nevada, to the United States District Court for the District of Nevada. ECF No. 1.

3. On July 18, 2022, Defendant Factory Mutual filed a motion to dismiss Plaintiff's causes of action for breach of contract, contractual breach of implied covenant of good faith and fair dealing and tortious breach of implied covenant of good faith and fair dealing. ECF No. 8. Additionally, Defendants Langin and Zebarth filed motions to dismiss Plaintiff's cause of action for negligent misrepresentation. ECF Nos. 9-10.

4. The original deadline to file Plaintiff's Oppositions to Defendants' Motions to Dismiss was August 1, 2022.

5. The deadline to file Plaintiff's Oppositions to Defendants' Motions to Dismiss was continued to August 15, 2022, per the agreement of the parties and the Order of this Court. *See* ECF No. 20.

6. The deadline to file Plaintiff's Opposition to Defendant Factory Mutual's Motion to Dismiss was continued to August 19, 2022, per the agreement of the parties and the Order of this Court, as Plaintiff and Defendant Factory Mutual continued to diligently work together to reach an agreement regarding the dismissal of Defendant Factory Mutual as a party in this matter. ECF No. 28.

/ / /

/ / /

7. Based on the foregoing, and in an effort to preserve judicial resources, the parties hereby agree to the dismissal of Defendant Factory Mutual according to the following terms:

a. Defendant Factory Mutual will be dismissed without prejudice;

b. Plaintiff may add Factory Mutual as a defendant in this matter if it later discovers reasons and/or facts to re-allege Factory Mutual has legal and/or contractual liability;

c. If added back as a defendant in this matter, Defendant Factory Mutual will not assert any defenses regarding timeliness, including but not limited to the statute of limitations, but may assert defenses set forth in its pending Motion to Dismiss (ECF No. No. 8) or that were available at the time Defendant Factory Mutual filed its Motion to Dismiss (ECF No. 8); and

d. If added back as a Defendant in this matter, Defendant Factory Mutual will retain its rights to file and/or re-file a Motion to Dismiss and Plaintiff will not challenge the timeliness of the Motion.

DATED: August 19, 2022

_*/s/ Madison S. Florance*____________________
J. Randall Jones, Esq. (Bar # 1927)
Mona Kaveh, Esq. (Bar # 11825)
Madison S. Florance, Esq. (Bar # 14229)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Shant Karnikian, Esq. (*Pro Hac Vice Pending*)
Gary Partamian, Esq. (*Pro Hac Vice Pending*)
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071

*Attorneys for Plaintiff Nevada Restaurant Services, Inc.*

DATED: August 19, 2022

_/s/Christina M. Lincoln_
Howard J. Russell, Esq. (Bar # 8879)
Ryan R. Gormley, Esq. (Bar # 13494)
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Amy Churan
Christina M. Lincoln
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
*Attorneys for Defendants*

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED: ____________________________