Ryan T. Gormley, Esq.
Nevada Bar No. 13494
RGormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3838

Amy Churan *(Pro Hac Vice)*
AChuran@robinskaplan.com
Christina M. Lincoln *(Pro Hac Vice)*
CLincoln@robinskaplan.com
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 552-0130

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC. DBA DOTTY'S, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X,<br><br>Defendants. | Case No. 2:22-cv-01104-RFB-MDC<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendants, by and through their undersigned counsel, hereby submit this motion. Alexandra S. Fernandez no longer serves as counsel for Defendants in this matter. Thus, it is requested that Ms. Fernandez be withdrawn from this matter and removed from the CM/ECF service list (afernandez@robinskaplan.com) and any other service lists for this matter.

1  Defendants will continue to be represented by their undersigned counsel of record at the
2  firms of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC and Robins Kaplan LLP.

3  DATED:  February 6, 2024

/s/ Ryan T. Gormley
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV  89118

Amy M. Churan (*Pro Hac Vice*)
Christina M. Lincoln (*Pro Hac Vice*)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-3208

*Attorneys for Defendants*

/s/ Alexandra Fernandez
Alexandra Fernandez, Esq. (*Pro Hac Vice*)

I**t is so ordered that Alexandra S. Fernandez be withdrawn from this matter and removed from the CM/ECF service list (afernandez@robinskaplan.com) and any other service lists for this matter.**

Dated this 12th day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2024, a true and correct copy of the foregoing MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

| | |
|---|---|
| J. Randall Jones, Esq.<br>Mona Kaveh, Esq.<br>Madison S. Florance, Esq.<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, NV  89169<br>Telephone:  (702) 385-6000<br>Fax:  (702) 385-6001<br>Email: r.jones@kempjones.com;<br>m.kaveh@kempjones.com;<br>m.florance@kempjones.com | Shant Karnikian, Esq.<br>Gary Partamian, Esq.<br>KABATECK, LLP<br>633 West Fifth Street, Suite 3200<br>Los Angeles, CA  90071<br>Telephone:  (213) 217-5027<br>Fax:  (213) 217-5010<br>Email: sk@bklawyers.com;<br>gp@bklawyers.com |

*/s/ Cynthia S. Bowman*
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC