| | |
|---|---|
| 1 | J. Randall Jones, Esq. (Bar #1927) |
| | r.jones@kempjones.com |
| 2 | Mona Kaveh, Esq. (Bar # 11825) |
| | m.kaveh@kempjones.com |
| 3 | Madison S. Florance, Esq. (Bar #14229) |
| | m.florance@kempjones.com |
| 4 | KEMP JONES, LLP |
| | 3800 Howard Hughes Parkway, 17th Floor |
| 5 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 385-6000 |
| 6 | Fax: (702) 385-6001 |

Shant Karnikian, Esq. (*pro hac vice*)
 sk@kbklawyers.com
Barret Alexander, Esq. (*pro hac vice*)
ba@kbklawyers.com
Gary Partamian, Esq. (*pro hac vice*)
 gp@kbklawyers.com
KABATECK, LLP
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5027
Fax: (213) 217-5010
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., DBA DOTTY'S, a Nevada corporation, | Case No.: 2:22-cv-01104-RFB-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| FACTORY MUTUAL INSURANCE COMPANY, dba FM GLOBAL, a Rhode Island corporation; AFFILIATED FM INSURANCE COMPANY; a Rhode Island Corporation; JEFFEREY ZEBARTH, an individual; PATRICK LANGIN, an individual; DOES I through X; and ROE Business Entities I through X, | |
| Defendants. | |

1

1 | Pursuant to Fed. R. Civ. Proc § 41(a), Plaintiff Nevada Restaurant Services, Inc. dba Dotty's ("Dotty's"), by and through its attorneys of record, Kemp Jones, LLP and Kabateck LLP; and Defendant Affiliated FM Insurance Company ("AFM"), by and through its attorneys of record, Weinberg, Wheeler, Hudgins, Gunn, & Dial LLC and Robins Kaplan LLP, hereby stipulate and agree to the following:

1. That all claims made by all parties relating to or arising from this action are hereby dismissed with prejudice, including all claims made against AFM by Dotty's in its Complaint and Jury Demand;

2. That each party shall bear their own attorneys' fees, costs and expenses; and

3. That any pending dates, outstanding pleading, or deadlines be vacated.

DATED: December 23, 2024         KEMP JONES, LLP

 /s/ Mona Kaveh
J. Randall Jones, Esq. (Bar # 1927)
Mona Kaveh, Esq. (Bar # 11825)
Madison S. Florance, Esq. (Bar # 14229)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

KABATECK, LLP
Shant Karnikian, Esq. (*pro hac vice*)
Barret T. Alexander, Esq. (*pro hac vice*)
Gary Partamian, Esq. (*pro hac vice*)
633 West Fifth Street, Suite 3200
Los Angeles, California 90071

*Attorneys for Plaintiff Nevada Restaurant Services, Inc.*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2024 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |

 /s/ *Christina M. Lincoln*
Ryan R. Gormley, Esq. (Bar # 13494)
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Amy Churan, Esq. (*pro hac vice*)
Christina M. Lincoln, Esq. (*pro hac vice*)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-3208

*Attorneys for Defendant Affiliated FM Insurance Company*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: December 23, 2024